IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                             No. 4:15-MJ-288

ROBIE LYNN SIMS (01)

## ORDER

CAME on to be considered the joint motion of the Defendant, ROBIE LYNN SIMS, and the Government entitled "Second Joint Motion to Continue Time to Indict." After duly considering the motion and the factors outlined in 18 U.S.C. § 3161, the Court is of the opinion that the motion is well taken and GRANTS the same for the reasons stated in the motion. The Court finds that a failure to grant the requested continuance would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. In addition, the Court finds that a return of the indictment within the normal thirty day period of time would result in a miscarriage of justice. As a result, the Court further finds that a continuance would serve the ends of justice and would outweigh the interest of the public and the Defendant in a speedy trial. *See 18 U.S.C. § 3161(h)(7)(A).*

It is therefore the ORDER of the Court that the time upon which an indictment must be filed in the cause be continued until November 13, 2015.

SIGNED on this the 16 day of September, 2015.

JEFFREY L. CURETON
United States Magistrate Judge