IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
OCT 14 2015
12:18 pm
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-CR-151-O |
| ROBIE LYNN SIMS (28) | (Supersedes Indictment returned on June 10, 2015 adding defendant Sims only) |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One

Concealing a Person from Arrest
(Violation of 18 U.S.C. § 1071)

From or about June 25, 2015, to on or about July 2, 2015, in the Fort Worth Division of the Northern District of Texas, defendant **Robie Lynn Sims** harbored and concealed Billy Bullitt, a person for whose arrest a warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of Billy Bullitt, after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of Billy Bullitt, and which warrant had been issued on a felony charge.

In violation of 18 U.S.C. § 1071.

                JOHN R. PARKER
                UNITED STATES ATTORNEY

                /s/ *signature*

                SHAWN SMITH
                Assistant United States Attorney
                Texas State Bar No. 24033206
                801 Cherry Street, Suite 1700
                Fort Worth, Texas  76102
                Telephone:  817-252-5200
                Facsimile:  817-252-5455