ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

ROBIE LYNN SIMS (28)

No. 4:15-CR-151-O

## WAIVER OF INDICTMENT

I, Robie Lynn Sims, the above named defendant, who is accused of Concealing a Person from Arrest, in violation of 18 U.S.C. § 1071, and being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
ROBIE LYNN SIMS
Defendant

_____
LANCE EVANS
Attorney for Defendant